# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00581-CV

**Timothy Turnipseed, Appellant**

**v.**

**State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
## NO. GV301570, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on September 15, 2003.  The clerk's record was filed on October 13.  On December 4, the Clerk of this Court sent appellant notice that his brief was overdue and that the appeal would be dismissed for want of prosecution if he did not respond by December 9.  To date, appellant has not responded to this Court's notice.

We therefore dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   January 15, 2004